AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Zubayar Al-Bakoush | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 11, 2012_____ in the county of _____Libya_____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 930(c) and 2 | Killing A Person in the Course of an Attack on a Federal Facility Involving the Use of a Firearm and Dangerous Weapon and Attempting and Conspiring to Do the Same. |
| 18 U.S.C. §§ 2339A and 2 | Providing, Attempting and Conspiring to Provide Material Support to Terrorists Resulting in Death |
| 18 U.S.C. §§ 924(c)(1) and 2 | Discharging, Brandishing, Using, Carrying and Possessing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:
See attached Affidavit which is incorporated by reference as if fully stated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

_____Michael M. Clarke, Special Agent_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/10/2015_____

*Judge's signature*

City and state: _____District of Columbia_____    _____U.S. Magistrate Judge Alan Kay_____
*Printed name and title*