IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA      ) | **UNDER SEAL** |
| ) | **EX PARTE** |
| v.            ) | |
| ) | Mag. Case No. 15-mj-512 |
| Zubayar Al-Bakoush       ) | |
| ) | |

## MOTION FOR LIMITED UNSEALING OF COMPLAINT AND AFFIDAVIT

The United States hereby moves the Court for a limited unsealing of the criminal Complaint and Accompanying Affidavit in this case, as described below:

On August 10, 2015, the government obtained a Complaint for the above-named defendant in connection with the September 11-12, 2012, attack on the U.S. Special Mission and Annex in Benghazi, Libya (hereinafter "Attack"), which resulted in the death of four Americans. At the time that the Complaint was issued, the government moved to have this matter sealed in order to protect the integrity of the ongoing investigation and to not undermine efforts to obtain custody of the defendant for prosecution in this matter. This matter was and remains sealed by the Court.

On June 15, 2014, the government captured Ahmed Abu Khatallah, a co-defendant in this matter. Mr. Khatallah is currently being tried for his participation in the Attack in *United States v. Ahmed Abu Khatallah*, CR-14-141. In the *Khatallah* matter, the government intends to call as a witness, FBI Special Agent Michael Clarke. Agent Clarke is also the affiant on the criminal Complaint and Affidavit in this matter. These documents are discoverable under the Jencks Act

1

in the *Khatallah* matter.

Thus, in order to satisfy its discovery obligation in the *Khatallah* matter, the government seeks a limited unsealing of the criminal Complaint and accompanying Affidavit in this matter. The government requests permission to provide to the defense team in the *Khatallah* matter a redacted version of the criminal Complaint and accompanying Affidavit in this case. *See* Attachment A – Proposed Redacted Version of Compliant and Affidavit. Specifically, the government proposes redacting the name and any identifiers of the subject in this matter for the same reasons cited in the government's initial motion to seal, to include to protect the integrity of the ongoing investigation and to not undermine efforts to obtain custody of the defendant for prosecution in this matter. These concerns remain valid today. Khatallah would then be free to use this redacted version in the defense of its case, to include during the cross-examination of Agent Clarke. Additionally, in an effort to fully comply with its obligation under Jencks, the government will provide the *Khatallah* defense team with a key, which identifies the defendant and the other subjects referenced in the Complaint and Affidavit. This limited unsealing provides a just balance between the government's interest in keeping this matter sealed and its discovery obligation in the *Khatallah* matter.

WHEREFORE, the government seeks a limited unsealing of the criminal Complaint and accompanying Affidavit in this matter. A proposed Order is submitted herewith.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
Michael C. DiLorenzo
MD Bar No. 931214 0189
Julieanne Himelstein
D.C. Bar No. 417136
Opher Shweiki
D.C. Bar No. 458776
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov

3