UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 25-cr-370 |
| ZUBAYAR AL-BAKOUSH, | **FILED UNDER SEAL** |
| Defendant. | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that, in addition to the attorneys whose appearances are already on record, the above-captioned matter is also assigned to Assistant United States Attorney Karen P. Seifert, who can be contacted at 202-252-7527 or Karen.Seifert@usdoj.gov, and this is notice of her appearance as counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/Karen P. Seifert
   Karen P. W. Seifert
   Special Counsel for National Security
   NY Bar Number 4742342
   U.S. Attorney's Office for the District of Columbia
   601 D Street NW Room 5.144
   Washington, DC 20001
   Office: 202-252-7527
   Email: Karen.Seifert@usdoj.gov

**RECEIVED**

FEB 0 4 2026



Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia