AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:25-cr-00370 |
|---|---|---|
| v. | ) | Assigned To: Judge Cooper, Christopher R. |
| ZUBAYAR AL-BAKOUSH | ) | Assign Date: 11/21/2025 |
| | ) | Description: INDICTMENT (B) |
| | ) | Related Case No. 14-cr-141 (CRC) and |
| | ) | 17-cr-213 (CRC) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ZUBAYAR AL-BAKOUSH ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339A- Conspiracy to Provide Material Support and Resources to Terrorists Resulting in Death
18 U.S.C §§ 2339A and 2- Providing Material Support and Resources to Terrorists Resulting in Death, Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 1116 and 2- Murder of an Internationally Protected Person; Aiding and Abetting and Causing an Act to be Done
18 U.S.C §§ 2332(a)(1) and 2- Murder of a United States National Outside of the United States; Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 2332(b)(1) and 2- Attempted Murder of a United States National Outside of the United States; Aiding and Abetting and Causing an Act to be Done
18 U.S.C. §§ 81, 7(9), and 2- Arson and Placing Lives in Jeopardy Within the Special Maritime and Territorial Jurisdiction of the United States and Attempting to Do the Same, Aiding and Abetting and Causing an Act to be Done
18 U.S.C §§ 1363, 7(9), and 2- Maliciously Destroying and Injuring Property and Placing Lives in Jeopardy Within the Special Maritime and Territorial Jurisdiction of the United States and Attempting to Do the Same; Aiding and Abetting and Causing an Act to Be Done

Date: __11/21/2025__

*Issuing officer's signature*

City and state:  Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __11/21/25__, and the person was arrested on *(date)* __2/6/26__
at *(city and state)* __Washington, D.C.__

Date: __2/6/26__

*Arresting officer's signature*

Amandari, FEO
*Printed name and title*