UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 1:25-cr-370 (CRC) |
| | : |
| ZUBAYAR AL-BAKOUSH | : |
| | : |
| Defendant. | : |

## GOVERNMENT'S NOTIFICATION OF UNSEALING

The United States of America, by and through its undersigned counsel, respectfully submits this Notification of Unsealing in the above captioned matter. On November 21, 2025, the Court, on the government's motion, ordered that this matter – including the November 21, 2025 Indictment against the Defendant – be sealed until further order of the Court.

On February 4, 2026, the government filed a motion for a limited unsealing, which the Court granted on February 5, 2026. ECF No. 12. The Court's February 5, 2026 Order provided that, upon the United States filing a written Notification with the Court that the Defendant is in the custody of the United States, the November 21, 2025 Indictment in this case, as well as the related August 10, 2015 Criminal Complaint (1:15-mj-512) and the affidavit in support of the Criminal Complaint would be automatically unsealed, without further Order of the Court. *Id.*

The government hereby notifies the Court that the Defendant is now in the custody of the United States. Accordingly, pursuant to the Court's February 5, 2026 Order, this matter – including the above-referenced materials – is automatically unsealed. The government respectfully requests, consistent with the Court's Order of February 5, 2026, that the Clerk of the Court immediately make a docket entry to reflect that this matter is unsealed.

**RECEIVED**

FEB 0 6 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Michael C. DiLorenzo
MICHAEL C. DILORENZO
(DC BAR # 450 279)
KAREN SEIFERT
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Phone: (202) 252-7650
Email: michael.dilorenzo@usdoj.gov

Date: February 6, 2025