**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 25-370 (CRC)** |
| | : | |
| **ZUBAYAR AL-BAKOUSH,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DISCOVERY DEADLINE**
**FOR DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through undersigned counsel, respectfully moves this Court to continue the June 9, 2026 discovery deadline for the Defendant's motion to dismiss for approximately sixty days. The government continues to search, review, and production of discovery materials that may be relevant to the Defendant's motion to dismiss. The Defendant does not oppose the government's motion. In support of this motion, the government states the following:

**PROCEDURAL BACKGROUND**

On September 11, 2012, a group of armed men attacked the U.S. Special Mission and Annex in Benghazi, Libya, resulting in the death of four Americans, including the then-sitting U.S. Ambassador to Libya. The Defendant, a foreign national residing outside the United States, was initially charged for his participation in the attack on August 10, 2015, by criminal complaint. On November 21, 2025, a federal grand jury in the District of Columbia charged the Defendant in the instant case for the attack in an eight-count indictment. On or about February 5, 2026, the Federal Bureau of Investigation ("FBI") took custody of the Defendant, while abroad, and transported him

to the District of Columbia, where on February 6, 2026, he had his initial appearance before a federal magistrate judge. A status hearing is scheduled for June 4, 2026.

### ANALYSIS

On March 6, 2026, the Defendant filed a motion to dismiss the indictment for speedy trial and due process violations (ECF 30). On that same date, the Defendant filed a joint motion to set a scheduling order for the motion to dismiss, along with a proposed scheduling order (ECF 31). The Court granted the motion and issued a scheduling order adopting, among other things, the proposed deadline of April 10, 2026, for the government to produce discovery related to the motion to dismiss. The Defendant has made a discovery request, seeking, inter alia, information in the possession of the United States concerning efforts to track, arrest, and transfer the Defendant to the U.S. Following the filing of the motion to dismiss, the government promptly engaged with representatives from various government agencies that may possess materials responsive to the Defendant's discovery request.

As previously explained to the Court and the defense, the search for responsive materials spans more than a decade and involves multiple government agencies, several of which are not part of the prosecution team. It has required searching materials across various platforms – including classified and unclassified systems – and in multiple formats, ranging from formal memoranda to electronic communications. In addition, the prosecution team has been reviewing these materials to determine whether they are discoverable and, if so, the appropriate method of disclosure. Given that much of the material is expected to be classified, the government anticipates invoking the Classified Information Procedures Act during this process. The government has been, and will continue to be, diligent in its efforts to collect, review, and produce responsive materials

while simultaneously managing other case-related obligations, in order to avoid any delay to the trial.

On April 9, 2026, the government filed an unopposed motion to continue the discovery deadline, which the Court thereafter extended its deadline until June 9, 2026 (see April 13, 2026 minute order). On June 6, 2026, the government provided the Court with an update on the status of the discovery and explained that more time was needed to review the materials.  Thus, the government now seeks to extend the discovery deadline on the Defendant's motion to dismiss to August 9, 2026.

On June 11, 2026, the Defendant advised, through counsel, that he does not object to this motion.

WHEREFORE, the government respectfully requests a sixty-day extension of the government's deadline to produce discovery related to the Defendant's motion to dismiss.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:    /s/ Michael C. DiLorenzo
MICHAEL C. DILORENZO
DC Bar No. 450 279
KAREN SEIFERT
NY Bar No. 4742342
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Phone: (202) 252-7650 and 202-252-7527
Email: michael.dilorenzo@usdoj.gov, and
karen.seifert@usdoj.gov