**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 25-370 (CRC)** |
| | : | |
| **ZUBAYAR AL-BAKOUSH,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**SCHEDULING ORDER**</u>

Upon consideration of the Parties Joint Submission Regarding Scheduling and the Defendant's Submission Regarding Scheduling, it is hereby ORDERED that the following schedule shall apply:

**August 10, 2026**

- Government provides discovery on the Motion to Dismiss, which not covered by the Motion for Protective Order.

- Government files Motion for Protective Order and partial response to Motion to Dismiss (as necessary to move for the Protective Order), to include any *ex parte* supplement.

**August 25, 2026**

- Defendant files any response in Opposition to Motion for Protective Order, and opposition to the government's request asking the Court to rule on any portion of the Motion to Dismiss before discovery has been provided and before the defense has submitted its memorandum in support of its Motion to Dismiss.

**September 4, 2026**

- Government files any Reply in support of the Motion for Protective Order.

**September 10 or 11**

- Hearing on Motion for Protective Order

<u>July 28, 2026</u>
Date

_____
Christopher R. Cooper
United States District Judge