**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **1:25-cr-00370-CRC** |
| | ) | |
| **ZUBAYAR AL-BAKOUSH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ZUBAYAR AL-BAKOUSH'S THIRD MOTION TO WAIVE APPEARANCE

Zubayar Al-Bakoush, by counsel, and Pursuant to Fed. R. Crim. Pro. 43(b)(3), moves this Honorable Court to waive his appearance for the status hearing on November 24, 2026 at 10:00 a.m. Mr. Al-Bakoush was advised of his right to be present at the hearing, however, he has several medical issues that make the transport difficult. Additionally, Mr. Al-Bakoush continues to have follow up appointments for his cardiac and other medical issues with exact dates unknown. Therefore, to avoid exacerbating his medical condition and a potential conflict with medical appointments, he asks this Honorable Court to waive his presence and allow counsel to proceed in his absence.

A Proposed Order is attached.

Respectfully submitted,
ZUBAYAR AL-BAKOUSH
*By Counsel*

*/s/ Jessica Carmichael*
Jessica Carmichael, DC Bar 998952
Zachary Deubler, DC Bar 1615063
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
703.684.7908 / Fax 649.6360
jessica@carmichaellegal.com
zach@carmichaellegal.com

*/s/ Kyle R. Boynton*
Kyle R. Boynton, VA Bar 92123
K.R. BOYNTON, PLLC
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
571.274.6199
kyle@boynton.law

/s/ *Stephen Ross Johnson*
Stephen Ross Johnson, DDC Bar TN0033
RITCHIE, JOHNSON & STOVALL, P.C.
606 W. Main Street, Ste 300
Knoxville, TN 37902
(865) 637-0661
johnson@rjs.law

*Attorneys for Zubayar Al-Bakoush*