**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 25-370 (CRC)** |
| | : | |
| **ZUBAYAR AL-BAKOUSH,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENTAL FILING TO RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION TO COMPEL GRAND JURY MATERIALS**

The United States of America, by and through undersigned counsel, respectfully submits this supplemental filing regarding its Response to Defendant's Motion to Compel Grand Jury Materials, ECF No. 81. The United States hereby notifies the Court that it has filed under seal two additional grand jury transcripts relevant to the motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Emma Ellenrieder</u>*
EMMA ELLENRIEDER
DC BAR NO. 1015108
KAREN SEIFERT
NY BAR NO. 4742342
Assistant United States Attorneys
601 D Street NW
Washington, DC 20530
Phone: 202-252-2656 and 202-252-7527
Email: Emma.Ellenrieder2@usdoj.gov and Karen.Seifert@usdoj.gov